June 23, 2015

Leeroy Cesar Carballo
TDCJ-CID # 1462910
Pack Unit
2400 Wallace Pack Rd.
Navasota, Texas 77868

Louise Pearson
Clerk, Court of Criminal Appeals
P.O. Box 12308
Capitol Station
Austin, Texas 78711

RE: Request to file "Original Application For Leave and For Writ of Mandamus"

Dear Clerk:

Please find "Relator's" (Original Application For Leave and For Writ of Mandamus) to be filed in this Court and brought to the Honorable Judges attention as time allows you to do so. Also, included is a S.A.S.E. for your conveince with the request that you please file-stamp this cover letter and mail back to me. A copy of this cover letter is also included. If the original of this cover letter must be filed, then please just file-stamp the copy of it and return it to me.

Thank you ahead of time for your assistance in this matter!

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUN 2 5 2015

Abel Acosta, Clerk

Respectfully submitted,

*Leeroy Carballo*
LEEROY CESAR CARBALLO
Relator - pro se

P.S. Also included, please find and file the Relator's "MOTION TO SUSPEND TRAP, RULE 9.3(b) AND FOR LEAVE TO FILE WRIT OF MANDAMUS.

Case No. _____

Initial Writ No. <u>1097497-A</u>/ Habeas Corpus

In re LEEROY CESAR CARBALLO,  §   COURT OF CRIMINAL APPEALS
   TDCJ-CID #1462910,  §
     Relator,  §
           §
           §
vs.          §   IN
           §
CHRIS DANIEL,      §
Harris County District Clerk §   AUSTIN, TEXAS

## MOTION TO SUSPEND TRAP, RULE 9.3(b) AND FOR LEAVE TO FILE WRIT OF MANDAMUS

TO THE HONORABLE JUDGES OF SAID COURT:

NOW COMES, LEEROY CESAR CARBALLO, TDCJ-CID # 1462910, Relator, acting pro se, and files this his own "Motion to suspend TRAP, Rule 9.3(b)," copy requirement, "and for Leave to File Writ of Mandamus," and in so doing, will show this Most Honorable Court the following, to wit:

### I. TEXAS RULES OF APPELLATE PROCEDURE, RULE 9.3(b)

Pursuant to TRAP Rule 9.3(b) copy requirement, "A party must file the original and 11 copies of any document addressed to either the Supreme Court or the Court of Criminal Appeals, except that only the original of the following must be filed in the Court of Criminal Appeals:

(1) a motion for an extension of time or a response to the motion; or,

(2) a pleading under Code of Criminal Procedure, Article 11.07."

### II. DISCUSSION

Relator, because of his incarceration and indigency is unable to file the required 11 copies and can only provide one original to the Court and the carbon copies to the parties involved.

(1)

Petitioner is a layman at law, unskilled as licensed attorneys and unable to acquire the required copies because of his incarceration. Being such, Relator requests that this Court invoke TRAP Rule 2 to suspend Rule 9.3(b) and allow Relator to file one original of his motion(s) and writ to the Court.

## III. PRAYER FOR RELIEF

WHEREFORE, PREMISES CONSIDERED, The Relator, acting pro se, PRAYS that this Most Honorable Court GRANT the Relator's request invoking TRAP, Rule #2 to suspend Rule 9.3(b), copy requirement, allow the Relator to file one original Writ of Mandamus to the Court while properly serving the parties with a carbon copy of such pleading.

Relator also requests that this Court GRANT this motion for leave that must be accompanied with the Relator's writ of mandamus.

RESPECTFULLY SUBMITTED,

_Leeroy Carballo_
LEEROY CESAR CARBALLO
RELATOR, PRO SE

### -UNSWORN DECLARATION-

I, LEEROY CESAR CARBALLO, (TDCJ-CID) #1462910, born on 11-30-78, do assert that I'am currently incarcerated in the Texas Department of Criminal Justice - Institutional Division on the Pack Unit - 2400 Wallace Pack Rd., in Navasota, Texas (77868) in Grimes County, Texas, do declare under the penalty of perjury that the above facts mentioned in this motion are true and correct to the best of my knowledge.

Executed on this 23 day of June, 2015

_Leeroy Cesar Carballo_
Leeroy Cesar Carballo
Relator, pro se

### -CERTIFICATE OF SERVICE-

I, Leeroy Cesar Carballo, further certify under the same penalty that I mailed the "Motion to suspend TRAP, Rule 9.3(b) and for Leave to File Writ of Mandamus" the original copy using first-class mail, postage pre-paid to: Abel Acosta, Clerk, Court of Criminal Appeals, P.O. Box 12308, Capitol Station, Austin, Tx. 78711 and the carbon copy mailed in likewise manner to: State Prosecuting Attorney, P.O. Box 12405, Austin, Tx. 78711 and to the Respondent: CHRIS DANIEL, Harris County District Clerk, P.O. Box 4651, Houston, Tx. 77210 on June 23, 2015.

_Leeroy Cesar Carballo_
LEEROY Cesar Carballo

(2)

In re Leeroy Cesar Carballo,     §     COURT OF CRIMINAL APPEALS
    TDCJ-CID #1462910,     §
        Relator,     §     IN
                §
vs.     §     AUSTIN, TEXAS
                §
Chris Daniel,     §
Harris County District Clerk     §

## RELATOR'S ORIGINAL APPLICATION FOR LEAVE AND FOR WRIT OF MANDAMUS

TO THE HONORABLE JUDGES OF SAID COURT:

COMES NOW Leeroy Cesar Carballo, "Relator" pro se in the above-styled and numbered cause and files this "Original Application for Leave and for Writ of Mandamus" and will show to wit:

### I. JURISDICTION

The Court of Criminal Appeals has exclusive jurisdiction to grant relief on matters pertaining to a pending post-conviction habeas corpus application relating to a final conviction. See Padieu v. Court of Appeals of Texas, Fifth Dist., 392 S.W.3d 115, 117-118 (Tex.Crim.App. 2013); Tex. Code Crim. Proc. Ann. art. 11.07 (West Supp. 2014)

### II. RELATOR

Leeroy Cesar Carballo, TDCJ-CID # 01462910, is an offender incarcerated in the Texas Department of Criminal Justice - ID, and is appearing pro se, who can be located at the Pack Unit -2400 Wallace Pack Rd., Navasota, Texas 77868. Relator has exhausted his remedies and has no other adequate remedy at law. The act sought to be compelled is ministerial, not discretionary in nature.

(1)

## III. RESPONDENT

Chris Daniel, "Respondent" is the current Harris County District Clerk.

## IV. PROCEDURAL HISTORY

The "Respondent" filed the "Relator's" initial post conviction application for Writ of Habeas Corpus pursuant to Article 11.07 of Texas code of Criminal Procedure on September 28, 2011. See: "EXHIBIT #1" attached. The "State" then filed a "Motion Requesting Designation of Issues" on October 6, 2011. See: "EXHIBIT #2" attached. Pursuant to Article 11.07, §3(d), 'the Court adopted the State's Proposed Order Designating Issues, See: "EXHIBIT #3" on October 20, 2011. (also attached)

On or about November 2nd, 2013, the "Relator" mailed the "Respondent" an amended/supplemented application for writ of habeas corpus (Tex. Code Crim. Proc., art. 11.07), a (85 page) memorandum of law w/ (8) eight new exhibits attached.[1] (using certified mail)

Relator received his certified return receipt indicating that mail addressed to the "Respondent" was received on November 6, 2013 and was signed by an " Arthur Simpson ." See: "EXHIBIT #4" On March 5th, 2014, June 6 and on the 9th of 2014, the "Relator" mail- the "Respondent" letters inquiring about his new "amended" habeas application with his new memorandum of law, and the (8) eight exhibits that he attached. A request was made that the "Respondent" assign the application a new number if need be, that the application be forwarded to the trial court. The "Relator" was adamant in his request to proceed with his new filings and to have his exhibits that were attached to his initial filings included with the new filings. See: "EXHIBITS # 5-7" attached.

---

[1] Relator does not have the means to photocopy the herein mentioned documents in this subsection in this prison. Relator only has his carbon/file copy. However, the originals are on file with the district clerk, "Respondent's " office.

(2)

On June 26, 2014, "Respondent" filed the "Relator's" [Motion To Amend Application of Writ of Habeas Corpus"[2] and sent the Relator a file-stamped cover letter concerning this filing. See: "EXHIBIT # 8" On May 18, 2015, the "Relator" mailed the "Respondent" a "Notice of intent to file a writ of mandamus in regards to application of writ of habeas corpus" that was mailed to his office. See: "EXHIBIT # 9" (4 pgs. attached)

**V. Violation of**
**Tex. Code Crim. Proc.**
**art. 11.07 §3(b)**

The "Relator" asserts that the "Respondent" had a ministerial duty to file the "Relator's" amended/supplemented habeas application. Tex. Code Crim. Proc. art. 11.07 §3(b); Aranda v. Dist.Clerk,Gaines County, 207 S.W.3d 785(Tex.Crim.App. 2006); Deleon v. Dist. Clerk, Lynn County, 187 S.W.3d 473, 474 (Tex. Crim. App. 2006) Because the "Relator" has no right to appeal the "Respondent's" refusal to properly file his "amended/supplemented" habeas application, new memorandum of law, with (8) eight new exhibits, and have his exhibits that were attached to his prior application included with his new filings, "Relator" has no remedy at law.

The "Relator" wrote the "Respondent" multiple times requesting that his new application and filings be assigned a cause number, if needed, and forwarded to the trial court for consideration. The "Relator" indicated in his letters that he did not wish for his filings to be construed as a subsequent writ, but as an application where he has stated all of the facts supporting his grounds.

In essence, the "Relator" requested that his amended/supplemented writ of habeas corpus be filed while his other writ concerning the same cause was/is pending before the Court.

---

[2] Relator's unit of assignment does not allow inmates to photocopy their legal work. The Relator is unable to provide a copy of this motion mentioned that is suppose to be in the District Clerk's office, filed properly.

The "Relator" recognized the deficiencies in his initial application and brief on file while working pro se and sought to correct his mistakes pro se. The "Relator" relied on Trevino v. Thaler, a Supreme Court case as grounds in support of allowing him to amend/supplement his application. The "Relator's" motion to amend/supplement was attached to his cover letter. See cover letter: "Exhibit # 8"

The "Relator" has received no response indicating that his new filings were ever filed, assigned a new number, if needed, or that they were ever forwarded to the trial court or to this Honorable Court of Criminal Appeals.

According to Benson v. District Clerk, Montgomery County, 331 S.W.3d 431 (Tex. Crim. App. 2011):

> "Whether a habeas corpus applicant has other applications pending is irrelevant to the district clerk's duty to receive file, and forward habeas corpus applications under Article 11.07" Id. at 432

## VI. PRAYER FOR RELIEF

WHEREFORE, PREMISES CONSIDERED, Relator respectfully requests a finding that Respondent did not fulfill his ministerial duty according to the Tex. Code Crim. Proc. art. 11.07 §3(b) and that Relator brought this litigation in good faith and has substantially prevailed. Relator prays for an ORDER directing Respondent to file-stamp Relator's amended/supplemented habeas application with the memorandum of law and 8 (eight) exhibits that were attached with a date within November of 2013 and to attach with his new filings "exhibits (A, B, C, & D) that were attached to his filings on 9-28-11. Also, if the law so requires, that the "respondent" assign the "amended/supplemented" application a new number and forwarded to the trial court or to this Honorable Court along

(4)

With the "Relator's" motion to "amend application of writ of habeas corpus" that Relator asserts that he attached to his cover letter that was file-stamped by the District Clerk. See: "EXHIBIT # 8" attached.

Last, that the "Respondent" be ORDERED to send the Relator a copy of the docket sheet that indicates all the letters, documents, pleadings that have been filed with their filing dates pertaining to the Relator's proceedings on his writ of habeas corpus under the herein mentioned cause number.

Date: June __23__, 2015

Respectfully submitted,

*Leeroy Cesar Carballo*
LEEROY CESAR CARBALLO

## -UNSWORN DECLARATION-

I, LEEROY CESAR CARBALLO, (TDCJ-CID) # 01462910, date of birth being on 11-30-1978, do assert that I'am currently incarcerated in the Texas Department of Criminal Justice - Institutional Division on the Pack Unit - 2400 Wallace Pack Rd. in Navasota, Texas (77868) in Grimes County, Texas, do declare under the penalty of perjury that the above facts, filings mentioned, and exhibits are both true and correct to the best of my knowledge.

Executed on this __23__ day of June, 2015

*Leeroy Cesar Carballo*
LEEROY CESAR CARBALLO

## -CERTIFICATE OF SERVICE-

I, Leeroy Cesar Carballo, #1462910, further certify that I sent the original copy of this "Application for Leave and For Writ of Mandamus " by first-class mail, postage prepaid to: Louise Pearson, Clerk, Court of Criminal Appeals, P.O.Box 12308, Capitol Station, Austin, Tx.78711 and a carbon copy mailed in likewise manner to: State Prosecuting Attorney, P.O. Box 12405, Austin, Tx. 78711 and to the Respondent : Chris Daniel, Harris County District Clerk, P.O.Box 4651 Houston, Tx. 77210 on JUNE __23__, 2015

*Leeroy Cesar Carballo*
LEEROY CESAR CARBALLO

(5)



# CHRIS DANIEL
## HARRIS COUNTY DISTRICT CLERK

September 28, 2011

LEEROY CESAR CARBALLO
#01462910 - WAYNE SCOTT UNIT
6999 RETRIEVE RD.
ANGLETON, TEXAS 77515

RE: CAUSE #1097497-A
179th District Court

Dear Applicant:

Your post conviction application for Writ of Habeas Corpus was received and filed on **9-28-11**. Article 11.07 of the Texas code of Criminal Procedure affords the State 15 days in which to answer the application after having been served with said application. After the 15 days allowed the State to answer the application, the Court has 20 days in which it may order the designation of issues to be resolved, if any. If the Court has not entered an order designating issues to be resolved within 35 days after the State having been served with the application, the application will be forwarded to the Court of Criminal Appeals for their consideration pursuant to Article 11.07, Sec. 3(c) of the Texas Code of Criminal Procedure.

The records of the office reflect the following:

| **CAUSE NO.** | **PETITION FOR WRIT OF HABEAS CORPUS** | **DISPOSITION** |
|---|---|---|
| | | |

**All** future correspondence should indicate the above listed cause number.

Sincerely,

**Lou Jefferson,** Deputy
Criminal Post Trial

CC: District Attorney
    **Judge, Presiding Court**

"EXHIBIT # 2"

NO. 1097497-A

| EX PARTE | § | IN THE 179th DISTRICT COURT |
|---|---|---|
| | § | OF |
| LEEROY CESAR CARBALLO,<br>  Applicant | § | HARRIS COUNTY, TEXAS |

## THE STATE'S MOTION REQUESTING DESIGNATION OF ISSUES

The State of Texas, by and through its Assistant District Attorney for Harris County, requests that this Court, pursuant to TEX. CODE CRIM. PROC. art. 11.07, §3(d), designate the following issues which need to be resolved:

1. Whether the applicant received effective assistance of counsel at trial.

2. Whether the applicant received effective assistance of counsel on appeal.

Service has been accomplished by mailing a true and correct copy of the foregoing instrument to the following address:

> Leeroy Cesar Carballo
> #1462910 – Wayne Scott Unit
> 6999 Retrieve Rd.
> Angleton, TX 77515

SIGNED October 6, 2011.

Respectfully submitted,

Kevin P. Keating
Assistant District Attorney
Harris County, Texas
1201 Franklin, Suite 600
Houston, Texas 77002
(713) 755-6657, (713) 755-5809 (fax)
Texas Bar I.D. #00787813

FILED
Chris Daniel
District Clerk
OCT 06 2011
Harris County, Texas
By_____ Deputy
Time:_____

"EXHIBIT # 3"

NO. 1097497-A

| | | |
|---|---|---|
| EX PARTE | § | IN THE 179th DISTRICT COURT |
| | § | OF |
| LEEROY CESAR CARBALLO,<br>Applicant | § | HARRIS COUNTY, TEXAS |

## THE STATE'S PROPOSED ORDER DESIGNATING ISSUES

Having reviewed the applicant's application for writ of habeas corpus, the Court finds that the following issues need to be resolved in the instant proceeding:

1. Whether the applicant received effective assistance of counsel at trial.

2. Whether the applicant received effective assistance of counsel on appeal.

Therefore, pursuant to Article 11.07, §3(d), this Court will resolve the above-cited issues and then enter findings of fact.

The Clerk of the Court is **ORDERED** <u>**NOT**</u> to transmit at this time any documents in the above-styled case to the Court of Criminal Appeals until further order by this Court.

By the following signature,

the Court adopts the State's Proposed Order Designating Issues.

SIGNED on the _____ day of OCT 2 0 2011, 2011.

_____
PRESIDING JUDGE



STATE OF TEXAS
COUNTY OF HARRIS

I, Chris Daniel, District Clerk of Harris County, Texas, certify that this is a true and correct copy of the original record filed and or recorded in my office, electronically or hard-copy, as it appears on this date.

Witness my official hand and seal of office this

NOV 10 2011

CHRIS DANIEL, DISTRICT CLERK
HARRIS COUNTY, TEXAS

_____ Deputy

"EXHIBIT # 4"

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

*Arthur Simpson*   ☐ Agent   ☐ Addressee

B. Received by (Printed Name)   ARTHUR SIMPSON   C. Date of Delivery   NOV 6 2013

1. Article Addressed to:

Chris DANiel
HARRis County District
Clerk
Po Box 4651
Houston TX 77210-4651

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☐ Registered   ☐ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

- Sender: Please print your name, address, and ZIP+4 in this box -

LEE Roy CeSAS Carba NO
# 01462910
PACK UNiT
2400 WAllACe PACK Rd
NAVASota Tx 77868

18-27

"EXHIBIT # 5"

MARCH 5TH, 2014

LEEROY CESAR CARBALLO
01462910
Pack unit
2400 WALLACE PACK RD.
NAVASOTA, TEXAS 77868

RE: CAUSE #1097497-A

CHRIS DANIEL
HARRIS COUNTY DISTRICT CLERK
P.O. BOX 4651
HOUSTON, TX. 77210-4651

DEAR CLERK:

ON OR ABOUT NOVEMBER 2ND, 2013, I MAILED YOU MY APPLICATION FOR A WRIT OF HABEAS CORPUS IN ACCORDANCE WITH ARTICLE 11.07 OF THE TEXAS CODE OF CRIMINAL PROCEDURE, A MEMORANDUM OF LAW IN SUPPORT OF, AND EIGHT EXHIBITS (ATTACHMENTS) TO BE INCLUDED IN. I RECEIVED MY CERTIFIED RETURN RECEIPT INDICATING THAT MY MAIL WAS RECEIVED ON NOV - 6, 2013 BY A "ARTHUR SIMPSON".

PLEASE ASSIGN MY APPLICATION A CAUSE NUMBER IF NEED BE AND FORWARD IT TO THE TRIAL COURT FOR CONSIDERATION. I DO NOT WISH FOR THE COURT TO CONSTRUE THIS APPLICATION AS A SUBSEQUENT WRIT, BUT AS A COMPLIANT APPLICATION WHERE I HAVE STATED ALL OF MY GROUNDS SUPPORTING MY CLAIMS THAT I WISH THE COURT TO CONSIDER.

I WISH TO PROCEED WITH THE NEW HABEAS APPLICATION, MEMORANDUM OF LAW, AND EIGHT EXHIBITS (ATTACHMENTS) THAT WERE RECEIVED BY YOUR DEPARTMENT ON NOV -6, 2013, AND HAVE INCLUDED "EXHIBITS A,B, C, & D" THAT WERE ATTACHED TO MY FILINGS ON 9-28-11.

I STRONGLY BELIEVE THAT I HAVE NOW RAISED A COLORABLE CLAIM OF INEFFECTIVE ASSISTANCE OF TRIAL AND APPEAL COUNSEL IN MY NEW HABEAS APPLICATION AND MEMORANDUM OF LAW.

### DECLARATION

I, LEEROY CESAR CARBALLO, TDCJ-CID #1462910, Applicant, pro-se, do declare under penalties of perjury that the 11.07 APPLICATION, w/ memorandum of law, and eight exhibits (attached), that were received by certified mail by your department are true and correct to the best of my knowledge and that I pray for relief and believe that I'am entitled to REDRESS.

EXECUTED ON THIS THE ⎯5⎯⎯ DAY OF ⎯March⎯⎯, 2014.

RESPECTFULLY SUBMITTED,

LEEROY CESAR CARBALLO
*Applicant- pro-se *

"EXHIBIT # 6"

JUNE 6, 2014

LEEROY CESAR CARBALLO
# 01462910
Pack Unit
2400 WALLACE PACK RD.
NAVASOTA, TX. 77868

CHRIS DANIEL
HARRIS COUNTY DISTRICT CLERK
P.O. BOX 4651
HOUSTON,TX 77210

RE: WRIT # 1097497-A

MR. DANIEL:

ON 11-2-2013, I MAILED YOU MY AMENDED APPLICATION (writ of habeas corpus]T.C.C.P. art.11.07]) form, my memorandum of law in support of, & eight exhibits (attached). I received my certified return receipt indicating that my mail was received on 11-6-2013 by an "ARTHUR SIMPSON".

I'M REQUESTING AGAIN, THAT MY "AMENDED" APPLICATION BE ASSIGN-ED A CAUSE NUMBER IF NEED BE AND FORWARD IT TO THE 179TH DISTRICT COURT FOR CONSIDERATION. IT IS NOT A SUBSEQUENT WRIT, BUT AN "AMENDED", COMPLIANT APPLICATION THAT STATE ALL OF THE GROUNDS I WISH THE COURT TO CONSIDER.

I WISH TO PROCEED WITH THE "AMENDED" APPLICATION, "RECONSTRUCTED" MEMORANDUM OF LAW, 8 EXHIBITS (ATTACHED), THAT WERE RECEIVED ON 11-6, 2013, AND HAVE "EXHIBITS-A,B,C, & D" THAT WERE ATTACHED TO MY PLEADINGS FILED ON 9-28-11.

## DECLARATION

I, LEEROY CESAR CARBALLO, 1462910, APPLICANT-pro se, DO DECLARE UNDER PENALTIES OF PERJURY THAT MY "AMENDED" 11.07 APPLICATION,"RE-CONSTRUCTED" MEMORANDUM OF LAW, & 8 EXHIBITS (ATTACHED) THAT WERE RECEIVED BY CERTIFIED MAIL BY YOUR DEPARTMENT ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND THAT I PRAY FOR RELIEF AND BELIEVE THAT I'M ENTITLED TO REDRESS.

EXECUTED ON THIS 9th DAY OF June ,2014 .

RESPECTFULLY SUBMITTED,

_Leeroy Cesar Carballo_ 1462910

LEEROY CESARBALLO
#1462910
Applicant - pro se

CC/FILED

JUNE 9, 2014

LEEROY CESAR CARBALLO
# 01462910
PACK UNIT
2400 WALLACE PACK RD.
NAVASOTA, TX. 77868

CHRIS DANIEL

HARRIS COUNTY DISTRICT CLERK
P.O. BOX 4651
HOUSTON, TX.77210

RE:* UPDATING MY NEW ADDRESS
   * REQUESTONG A DOCKET SHEET OR TO KNOW THE STATUS
     OF MY WRIT (11.07)

MR. DANIEL:

I WROTE TO YOU ON 3-5-2014 FROM THE ABOVE ADDRESS AND HAVE NOT HEARD FROM YOU. I'M WRITING AGAIN TO INFORM YOU THAT THIS ABOVE ADDRESS IS MY NEW ADDRESS. PLEASE UPDATE THIS ADDRESS AS CURRENT FOR THE COURT'S RECORD.

IN ADDITION, I'M REQUESTING A COPY OF MY DOCKET SHEET PERTAINING TO MY WRIT OR TO BE INFORMED OF THE STATUS OF MY WRIT. HAS MY "AMENDED" APPLICATION THAT WAS RECEIVED BY YOUR DEPARTMENT ON 11-6-2013 ASSIGNED A NEW WRIT NUMBER. MY ORIGINAL APPLICATION HAS BEEN PENDING FOR OVER 2½ YEARS NOW IN THE 179TH DISTRICT COURT. PLEASE RESPOND WITH ANY INFORMATION CONCERNING THIS MATTER.

RESPECTFULLY SUBMITTED,

*Leeroy Cesar Carballo* 6-9-14
LEEROY CESAR CARBALLO
#1462910
APPLICANT - pro se

CC/FILED

"EXHIBIT # 8"

JUNE 23, 2014

LEEROY CESAR CARBALLO
TDCJ-CID #01462910
PACK UNIT
2400 WALLACE PACK RD.
NAVASOTA, TX. 77868

CHRIS DANIEL
HARRIS COUNTY DISTRICT CLERK
P.O. BOX 4651
HOUSTON, TX. 77210

RE: *REQUESTING ENCLOSED MOTION TO BE FILED AND FORWARDED TO THE
    PRESIDING JUDGE OF THE 179TH DISTRICT COURT.

DEAR MR. DANIEL:

ENCLOSED, PLEASE FIND A "MOTION TO AMEND APPLICATION OF WRIT OF

HABEAS CORPUS FILED UNDER TX. CODE CRIM. PROC. ART.11.07". I'm

requesting that you please file this motion and forward a copy to

the presiding Judge of the 179th District Court in Harris County.

    Also, please find enclosed a S.A.S.E. for your conveneice

and file stamp a copy of this letter that I'm sending you and return

to me.

    I thank you for your help in this matter!!!!!

                                    RESPECTFULLY SUBMITTED,

                                    Leeroy Cesar Carballo
                                    LEEROY CESAR CARBALLO
                                    Applicant - pro se

FILED
Chris Daniel
District Clerk

JUN 26 2014

Time:_____ Harris County, Texas

By_____ Deputy

May 18, 2015

Leeroy Cesar Carballo
TDCJ-CID # 01462910
Pack Unit
2400 Wallace Pack Rd.
Navasota, Tx.77868

Chris Daniel
Harris County District Clerk
P.O. Box 4651
Houston, Tx. 77210-4651

RE: Notice of intent to file a writ of mandamus in regards to
    application of writ of habeas corpus mailed to your address.

Dear Clerk:

This letter is being sent as a notice of intent to file an application for a writ of mandamus with the Texas Court of Criminal Appeals.

> "The Court of Criminal Appeals has exclusive jurisdiction to grant relief on matters pertaining to a pending post-conviction habeas corpus application relating to a final conviction." See Padieu v. Court of Appeals of Texas.. Fifth Dist.. 392 S.W.3d 115. 117-118 (Tex.Crim.App. 2013); Tex. Code Crim. Proc. Ann. art. 11.07 (West Supp. 2014

The "Relator" was convicted of aggravated robbery and sentenced to forty years imprisonment in the 179th District Court from Harris County in cause no. 1097497. The Relator's initial post conviction application for Writ of Habeas Corpus was received and filed on 9-28-11 and assigned number 1097497-A.

On or about November 2nd, 2013, the Relator mailed your office an amended/supplemented writ of habeas corpus , memorandum of law, (8) eight new exhibits [attached]. Relator received his certified return receipt indicating that mail addressed to you from the Relator was received on November 6. 2013 and signed by an " Arthur Simpson".

(1)

The Relator has written you multiple times requesting that his new application and filings be assigned a cause number if need be and foward it to the trial court for consideration. The Relator has indicated in his letters that he does not wish for the Court to construe this application as a subsequent writ, but as a compliant application where he has stated all of his grounds supporting his claims that he wishes the Court to consider.

The Relator has stated in his letteres addressed to you that he wishes to proceed with the new habeas application, memorandum of law, and eight exhibits (attached), and requested to have included "exhibits [A, B, C, & D) that were attached to his filings on 9-28-11. The Relator submitted his "declaration" with his letters to you attesting/swearing/declaring under the penalty of perjury that these new pleadings filed are true and correct to the best of the Relator's knowledge.

In essence, the Relator requested that you file his new writ of habeas corpus while his other habeas corpus application concerning the same cause is pending in this Court. The Relator recognized the deficiencies in his initial application and brief on file and sought to correct his mistakes while filing pro se.

The Relator has received no response indicating that these new filings were ever filed, assigned a new cause number if necessary, that they were forwarded to the trial court or to the Texas Court of Criminal Appeals.

According to Benson v. District Clerk. Montgomery County, 331 S.W.3d 431 (Tex.Crim.App. 2011):

> "Whether a habeas corpus applicant has other applications
> pending is irrelevant to the district clerk's duty to receive,
> file, and foward habeas corpus applications under Article 11.07"
> Id. at 432

(2)

Relator asserts this duty exists under Tex. Code Crim. Proc. art. 11.07. §3(b). If these filings are not to be assigned a new case number because of some operating procedures in your department, then these filings should have still been brought to the Court's attention for a response or forwarded to the Court of Criminal Appeals.

The Court of Criminal Appeals will grant relief when a relator shows:

"(1) that the act sought to be compelled is purely ministerial and (2) that there is no adequate remedy at law." Winters v. Presiding Judge of the Crim. Dist. No. Three, 118 S.W.3d 773, 775 (Tex.Crim. App. 2003)

In Relator's case, the Harris County District Clerk has a ministerial duty to file Relator's habeas application. Tex. Code Crim. Proc. art. 11.07, § 3(b); Aranda v. Dist.Clerk, Gaines County, 207 S.W.3d 785 (Tex.Crim.App. 2006); Deleon v. Dist. Clerk, Lynn County. 187 S.W.3d 473.474 (Tex.Crim.App. 2006) Because Relator has no right to appeal the District Clerk's refusal to file his habeas application. Relator has no remedy at law.

The Relator will file his mandamus with the Court of Criminal Appeals in (21) twenty-one days if the Relator receives no response concerning these issues that are being brought to your attention.

Respectfully submitted.

Leeroy Cesar Carballo
Leeroy Cesar Carballo
Relator - pro se

## DECLARATION

I, Leeroy Cesar Carballo, TDCJ-CID #1462910, my date of birth is on November 30, 1978, presently incarcerated at the Wallace Pack Unit (TDCJ-CID), in Navasota. Texas 77868, in Grimes County, do

(3)

declare under the penalty of perjury that the foregoing facts are true and correct to the best of my knowledge.

Executed on __18th__ day of __May__, 20__15__

*Leeroy Cesar Carballo*
Leeroy Cesar Carballo
Relator pro se

## CERTIFICATE OF SERVICE

I, Leeroy Cesar Carballo, TDCJ-CID #1462910, do swear under the penalty of perjury that I have deposited the foregoing "Notice of Intent" (the original copy) in the U.S. mail. postage pre-paid. first class and mailed to :

Chris Daniel
Harris County District Clerk
P.O.Box 4651
Houston. Texas 77210-4651

The same "Notice of Intent" (a copy) was mailed in the same manner to:

Harris County District Attorney
Mrs. Anderson
Criminal Justice Center
1201 Franklin St. Ste 600
Houston. Texas 77002-1930

(and)

Kristin M. Guiney, Crim. Div.
Criminal Justice Center
1201 Franklin St.
18th Fl.
Houston., Texas 77002
(179th District Judge Presiding)

on this __18th__ day of __May__. 20__15__

*Leeroy Cesar Carballo*
Leeroy Cesar Carballo

(4)